## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ESTATE OF: JEAN GOODWIN, DECEASED | : | No. 430 MAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: LYNN S. NAGELE, EXECUTRIX OF THE ESTATE OF EDWIN J. GOODWIN, DECEASED, NAMED EXECUTOR OF JEAN GOODWIN'S ESTATE | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.